IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA, ex rel., :
ALAN MOORE AND TERESA BERKSHIRE,
 :
      Plaintiff,
vs. : Case No. 3:11cv121

KAPP CONSTRUCTION AND PENNROSE : JUDGE WALTER HERBERT RICE
PROPERTIES, LLC, et al.,
 :
      Defendants.

---

ENTRY DISMISSING CAPTIONED CAUSE FOR FAILURE OF
PROSECUTION; TERMINATION ENTRY

---

Counsel for the Plaintiff having failed to respond to this Court's letters of April 2 and May 7, 2012 (both attached), this Court dismisses the captioned cause, with prejudice, for want of prosecution.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

June 14, 2012
                          WALTER HERBERT RICE
                          UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record