IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
ex rel., ALAN MOORE AND
TERESA BERKSHIRE,

      Relators/Plaintiff,

vs.

KAPP CONSTRUCTION AND
PENNROSE PROPERTIES, LLC, et al.,

      Defendant.

Case No. 3:11cv121

JUDGE WALTER H. RICE

---

DECISION AND ENTRY GRANTING RELATORS'/PLAINTIFF'S
UNOPPOSED MOTION FOR RELIEF FROM JUDGMENT/DISMISSAL
ORDER OF JUNE 15, 2012; REQUEST OF GOVERNMENT'S COUNSEL;
CAPTIONED CAUSE REMAINS ADMINISTRATIVELY TERMINATED

---

Pursuant to the memorandum and citations of authority set forth in the Memorandum accompanying the Relators'/Plaintiffs Motion for Relief from Judgment/Dismissal Order of June 16, 2012 (Doc. #16), as well as upon the chronology set forth within the body of said Motion, this Court, noting that the Government will not be opposing said Motion, grants same in its entirety.

The captioned cause, while no longer dismissed for want of prosecution, remains Administratively Processed upon the docket of this Court. It is the request of the Government that the Court be furnished within 30 days from date, the status of the Government's investigation and its decision whether to intervene, said status reports, if necessary, being furnished the undersigned at 90-day intervals thereafter.

December 9, 2013

                /s/ Walter H. Rice
                WALTER H. RICE
                UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

-2-